## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

David G. Velde,

        Plaintiff,                   Civil No. 06-2302 (RHK/RLE)

vs.                                   **ORDER**

Darral Altepeter,

        Defendant.

---

Having determined that no cause, much less good cause, has been shown for the requested extensions of the deadlines set forth in the Court's September 14, 2006, Pretrial Order, the relief sought in the Stipulation for Extension of Discovery/Motion Deadlines (Doc. No. 7) is **DENIED**.

Dated: April 16, 2007

                                                             s/Richard H. Kyle
                                                              RICHARD H. KYLE
                                                              United States District Judge